```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )
                             )
          Plaintiff          )     1:03-CR-5325 OWW
                             )
     v.                      )     ORDER REFERRING MATTER TO
                             )     PROBATION OFFICE FOR PREPARATION
DUANE MAYNARD,               )     OF PRESENTENCE REPORT AND
                             )     GRANTING REQUEST TO CONTINUE
          Defendant          )     SENTENCING DATE
_____)
                                   Sentencing Date: Oct. 15, 2007
                                                    1:30 p.m.
```

It appearing that at the time of entry of plea in this matter it was not referred to the probation office for the preparation of a presentence report and upon receipt of the request for continuance of the sentencing by counsel for the government;

IT IS ORDERED that this matter is referred to the probation office for preparation of a presentence report and the sentencing in this matter, currently set for September 10, 2007 is continued to October 15, 2007 at 1:30 p.m. in Courtroom Three before Judge Wanger.

IT IS SO ORDERED.

**Dated:   June 13, 2007**             /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1