**Kenneth A. Reed [sbn 133567]**
**404 West Fourth Street**
**Suite C**
**Santa Ana, CA 92701**
**(714) 953-7400**
**(714) 953-7412**
**kar_crimlaw@sbcglobal.net**

**Attorneys for Defendant**
**Duane Maynard**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Duane Maynard,<br><br>                    Defendants. | Case No.: 1:03-cr-05325-OWW-1<br><br>**COURT ORDER** |

     Good Cause Having Been Shown, It is hereby Ordered that The surrender date of Duane Maynard, Currently scheduled for January 3, 2008, shall be Continued to February 7, 2008.

IT IS SO ORDERED,

DATE:January 2, 2008      /s/ OLIVER W. WANGER

                         **Honorable Oliver W. Wanger**
                         **Senior Judge of the United States**
                         **District Court**

US v. Vantwist    STIPULATION TO CONTINUE SENTENCING    CR-06-0212-FMC            1

PDF created with pdfFactory trial version www.pdffactory.com